Joel E. Tasca
Nevada Bar No. 14124
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: rubins@ballardspahr.com

*Attorneys for Defendant*
First Premier Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RON J. BOLAND,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST PREMIER BANK,<br><br>    Defendant. | CASE NO. 2:17-cv-03077-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FIRST PREMIER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Ron J. Boland ("Plaintiff") and Defendant First Premier Bank ("Defendant") stipulate and agree that Defendant has up to and including May 9, 2018 to respond to Plaintiff's Complaint. Defendant has requested, and Plaintiff has agreed to, this time to allow it to investigate Plaintiff's allegations and discuss potential resolution with Plaintiff.

*[Continued on following page.]*

This is the first request for an extension for Defendant's response to Plaintiff's Complaint. The parties submit this stipulation in good faith and not for purposes of delay.

Dated: April 9, 2018.

| | |
|---|---|
| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
| By: /s/ Stacy H. Rubin<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Stacy H. Rubin<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant* First Premier Bank | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>6069 S. Fort Apache Rd., Suite 100<br>Las Vegas, NV 89148<br><br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Ave., Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/10/2018